AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

For _____   District of _____Puerto Rico_____

UNITED STATES OF AMERICA
V.

FELIX BERDECIA-CASTILLO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   01-CR-117 (SEC)
USM Number:   21112-069

JOANNIE PLAZA-MARTINEZ
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __Standard (2)&(7) Special (1)__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition (2) | For failure to report to US Probation Officer. | May & June 2006 |
| Standard Condition (7) | For failure to refrain form excessive use of alcohol and purchase, possess, use, distribute any controlled substance. | May 2006 |
| Special Condition (1) | For failure to participate on a substance abuse treatment program arranged by the US Probation Officer and submit to laboratory testing as required. | 6/23/06 & 7/2/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

_____
_____
_____

Defendant's Mailing Address:

_____
_____

__AUGUST 25, 2006__
Date of Imposition of Judgment

__S/ Salvador E. Casellas__
Signature of Judge

__SALVADOR E. CASELLAS, U.S. DISTRICT COURT__
Name and Title of Judge

__AUGUST 25, 2006__
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

| DEFENDANT: | FELIX BERDECIA-CASTILLO | Judgment — Page 2 of 2 |
|---|---|---|
| CASE NUMBER: | 01-CR-117 (11) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :  **TEN (10) MONTHS.**

X  The court makes the following recommendations to the Bureau of Prisons:
**That defendant be provided with drug treatment while incarcerated.**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL